UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CORNICIONE DEVELOPMENT, LLC,**
      Plaintiff,

v.                              Case No. 12-C-0323

**SUNDANCE VACATIONS N.A., INC. f/k/a**
**SUNQUEST VACATIONS, INC.,**
      Defendant.

### ORDER

Plaintiff has filed a lawsuit in this court and asserts that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. The plaintiff is a limited liability company, and the complaint alleges that all of plaintiff's members are "residents" of Wisconsin. (Compl. ¶ 1.) However, residence and citizenship are not synonyms, and it is the latter that matters for purposes of diversity jurisdiction. See, e.g., Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002).

**THEREFORE, IT IS ORDERED** that, within ten days of the date of this order, plaintiff supplement its complaint with information regarding the citizenship of each of its members so that I may ensure that I have jurisdiction over this matter.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2012.

                                              s/_____
                                              LYNN ADELMAN
                                              District Judge